United States District Court
Southern District of Texas
**ENTERED**
November 18, 2025
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| BERTA MARIA SOLARES RODRIGUEZ, | § § § | |
| Petitioner, | § § | |
| V. | § § | CIVIL ACTION NO. 5:25-CV-222 |
| KRISTI NOEM, ET AL., | § § | |
| Respondents. | § § | |

### ORDER

Before the Court is Petitioner's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, by a Person Subject to Unlawful Detention, (Dkt. No. 1), and Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction, (Dkt. No. 2).

Based upon a review of the petition, the Court **ORDERS** Respondents to file a response to the petition and the motion and serve their response on Petitioner **no later than December 2, 2025**. 28 U.S.C. § 2243. Should Petitioner wish to file a reply, she must do so **no later than December 9, 2025**. Petitioner names Kristi Noem, Secretary of Department of Homeland Security; Todd Lyons, Acting Director of ICE; Pamela Bondi, U.S. Attorney General; and Miguel Vergara, Field Office Director of ERO, Laredo Field Office, as Respondents.

The Clerk of Court is **DIRECTED** to serve copies of the Petition, (Dkt. No. 1), Motion for Temporary Restraining Order, (Dkt. No. 2), and this Order on Respondents via certified mail, return receipt requested.

- Respondent Kristi Noem or her designee may be served at U.S. Department of Homeland Security, Office of the General Counsel, 245 Murray Lane, SW, Mail Stop 0485, Washington, DC 20528-0485.
- Respondent Todd Lyons or his designee may be served at ICE, Office of the Principal Legal Advisor, 500 12th St. SW, Mail Stop 5900, Washington DC 20536-5900.
- Respondent Pamela Bondi or her designee may be served at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

- Respondent Miguel Vergara or his designee may be served at ICE, Office of the Principal Legal Advisor, 500 12th St. SW, Mail Stop 5900, Washington DC 20536-5900.

In accordance with Federal Rule of Civil Procedure 4(i)(2), the Clerk of Court is also **DIRECTED** to serve a copy of the Petition, (Dkt. No. 1), Petitioner's Motion for Temporary Restraining Order and Preliminary Injunction, (Dkt. No. 2), and this Order on the United States Attorney for the Southern District of Texas, Nicholas J. Ganjei, through the Office's Civil Process Clerk, who may be served at 1000 Louisiana St., Suite 2300, Houston, TX 77002 via certified mail, return receipt requested.

The Clerk is also **DIRECTED** to serve a copy of the Petition, (Dkt. No. 1), Petitioner's Motion for Temporary Restraining Order and Preliminary Injunction, (Dkt. No. 2), and this Order on the Civil Process Clerk at the United States Attorney's Office in Laredo, who may be served at 11204 McPherson Road, Suite 100A, Laredo, Texas 78045 via certified mail, return receipt requested.

Respondents will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

Additionally, Respondents are **ORDERED** to notify Petitioner's counsel and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **at least five (5) days** before any such transfer.

It is so **ORDERED**.

**SIGNED** on November 18, 2025.

John A. Kazen
United States District Judge