Case 5:25-cv-00222   Document 13   Filed on 12/01/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 01, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **BERTA MARIA SOLARES RODRIGUEZ,** | § § § | |
| Petitioner, | § § | |
| V. | § | CIVIL ACTION NO. 5:25-CV-222 |
| **KRISTI NOEM, ET AL.,** | § § § | |
| Respondents. | § § | |

## ORDER

On November 25, 2025, a district court in the Central District of California certified a nationwide class under Rule 23(b)(2). *Maldonado Bautista v. Santacruz, Jr.*, No. 5:25-CV-1873, 2025 WL 3288403, at *9 (C.D. Cal. Nov. 25, 2025) (certifying a class including "[a]ll noncitizens in the United States without lawful status who (1) have entered or will enter the United States without inspection; (2) were not or will not be apprehended upon arrival; and (3) are not or will not be subject to detention under 8 U.S.C. § 1226(c), § 1225(b)(1), or § 1231 at the time the Department of Homeland Security makes an initial custody determination"). The court previously granted petitioners partial summary judgment and then "extend[ed] the same declaratory relief granted to Petitioners to the Bond Eligible Class as a whole." *Id.*; *Maldonado Bautista v. Santacruz, Jr.*, No. 5:25-CV-1873, 2025 WL 3289861, at *11 (C.D. Cal. Nov. 20, 2025).

Accordingly, the parties are **ORDERED** to file advisories addressing whether Petitioner is a class member and the effect, if any, of the class certification and declaratory relief. Respondents must file the advisory **by December 5, 2025**. Petitioner must file the advisory **by December 9, 2025**, which is her reply deadline under the current briefing schedule. (Dkt. No. 4 at 1).

It is so **ORDERED**.

**SIGNED** on December 1, 2025.

_____
John A. Kazen
United States District Judge