United States District Court
Southern District of Texas

**ENTERED**

June 15, 2026

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| BERTA MARIA SOLARES RODRIGUEZ, | § § § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:25-CV-00222 |
| | § | |
| MARKWAYNE MULLIN, *et al.*,[1] | § | |
| Respondents. | § | |

## ORDER

In accordance with the Court's Order, (Dkt. No. 17), Petitioner received a bond hearing and was released from custody several months ago. (Dkt. Nos. 18, 19). The Court requests a status from the parties on whether final judgment should be entered as Petitioner is no longer detained.

Accordingly, the Court **ORDERS** the parties to confer and file a joint advisory **by June 22, 2026,** addressing the status of any remaining claims and stating each party's position on the entry of final judgment.

It is so **ORDERED**.

**SIGNED** on June 15, 2026.

John A. Kazen
United States District Judge

---

[1] Markwayne Mullin is automatically substituted for Kristi Noem in this case under Federal Rule of Civil Procedure 25(d). Todd Blanche is substituted for Pamela Bondi, and David Venturella is substituted for Todd Lyons under the same rule. The Clerk of Court is **DIRECTED** to substitute these parties on the docket sheet.